### LIBEL ISᴬ HOXSEA vs. POLOCK AND LEVY

was continued until Wednesday next the Fifth Insᵗ at Ten o Clock

And Continued untill Monday the Tenth Insᵗ at Ten o Clock A: M: And opened accordingly and adjourn'd untill to morrow at Ten o Clock A: M. And opened, The Libel was read and Plea. James Haydon, and Ebenʳ Allen was sworn. And after Sundry Debates the Court was Adjourned untill further notice. The Decree was Lodg'd in the Registers Office the Fifth day of March A. D. 1752 by his Honʳ the Deputy Judge whereupon Moses Levy and Isakar Polock the Respondents moved for an appeal from this Court to the High Court of Admiralty in Great Britain, which was granted by his Honʳ the Judge, The sᵈ Levy, and Polock conforming themselves to the direction of the Law in that case provided.

February 18ᵗʰ 1752

COURT OF VICE ADMIRALTY  Having heard and fully consider'd the aforegoing Libel with the Plea of the sᵈ Isachar Polock and Moses Levy, together with the Alleagations and proofs of both Parties, it Appears to me próv'd that at the time the sᵈ Isaac Hoxie left the sᵈ Sloop good Intent, he had the offer of being preferr'd to be master of another Vessel, in Consideration whereof the said Owners of sᵈ Sloop did consent, that if another male could be procur'd, he the sᵈ Hoxie Should be discharged, and it Appears likewise that another male was procur'd without causing any delay to the sᵈ Sloop good Intent, Wherefore I Conceive that he the sᵈ Isaac Hoxie is Entitled to his Wages due on board sᵈ Sloop. I therefore Decree that the sᵈ Isaac Hoxie have and Recover of the sᵈ Moses Levy and Issachar Lolock the Sum of Ten Pounds in Bills of Credit of the old Tenour. and cost of Court.

S. Wickham D: Judge

### INFORMATION OF WILLIAM CAMPBELL vs WRECKED GOODS, 1752

COLONY OF RHODE Iᴰ ETC.  At a Court of Vice Admiralty Held at Newport in the Colony aforesᵈ on Tuesday the Eighteenth of February A. D. 1752 at Ten o Clock A. M.

Present the Honble Samˡˡ Wickham Esqʳ Dʸ Judge

The Court being opened